UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BOBBY CRABTREE,

      Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:16-cr-0037

**ORDER**

      Defendant appeared before me on March 31, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  Defendant is currently incarcerated at the MDOC and is here on a Federal Writ of Habeas Corpus Ad Prosequendum.  On the basis of the Writ, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.  Defendant may bring the issue of his continuing detention to the court's attention should his circumstances change.

      DONE AND ORDERED this 4th day of April, 2016.

      /s/ Phillip J. Green
      PHILLIP J. GREEN
      United States Magistrate Judge